```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 22587
   CHARLES EDWARD JONES
   ESTER MAE JONES                           CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1744     SSN XXX-XX-7761

---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 06/15/2004 and was confirmed 09/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.90% from remaining funds.

     The case was paid in full 10/05/2007.
---------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
---------------------------------------------------------------------
BANK FINANCIAL            CURRENT MORTG         .00           .00            .00
CARMAX AUTO FINANCE       SECURED           8400.00        679.86       8400.00
CARMAX AUTO FINANCE       UNSECURED         4367.73           .00        694.60
GENERAL MOTORS ACCEPTANC  SECURED          14000.00       1137.70      14000.00
GENERAL MOTORS ACCEPTANC  UNSECURED         6442.01           .00       1024.47
GMAC                      SECURED           1800.00        146.10       1800.00
FIRST NORTH AMERICAN NAT  UNSECURED       NOT FILED           .00            .00
GMAC FINANCIAL SERVICES   UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1879.15           .00        298.84
ECAST SETTLEMENT CORP     UNSECURED         1539.51           .00        244.83
SPRINT                    UNSECURED       NOT FILED           .00            .00
GENERAL MOTORS ACCEPTANC  UNSECURED        16998.50           .00       2703.27
NCM TRUST                 UNSECURED         2107.48           .00        335.15
EDUCATIONAL CREDIT MGMT   UNSECURED OTH      302.31           .00         48.16
PETER FRANCIS GERACI      DEBTOR ATTY      2,200.00                    2,200.00
TOM VAUGHN                TRUSTEE                                      1,927.02
DEBTOR REFUND             REFUND                                         542.00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE               36,182.00

PRIORITY                                          .00
SECURED                                     24,200.00
    INTEREST                                 1,963.66
UNSECURED                                    5,349.32
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                         1,927.02
DEBTOR REFUND                                  542.00
                                       ---------------  ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 22587 CHARLES EDWARD JONES & ESTER MAE JONES
```

TOTALS                                  36,182.00              36,182.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |